**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 5:25-cr-00148

QUANTEL SAUNDERS

**ORDER**

On August 26, 2026, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Indictment charges the Defendant with being an inmate of a prison who knowingly and unlawfully possessed a prohibited object as defined by 18 U.S.C. §§ 1791(d)(1)(B) and 1791(d)(1)(C), that is, tetrahydrocannabinol and cocaine, in violation of 18 U.S.C. §§ 1791(a)(2) and 1791(b)(1) and (b)(2). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on August 26, 2026. [Doc. 28]. Objections in this case were due on September 14, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 28**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 22, 2026

Frank W. Volk
Chief United States District Judge